```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 39767
   JANELL J HART
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6222

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/09/2006 and was confirmed 04/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
BARRY A CHATZ                NOTICE ONLY    NOT FILED           .00            .00
DAIMLER CHRYSLER FINANCI     SECURED         32727.12       2428.26      32727.12
GMAC                         CURRENT MORTG       .00            .00            .00
HOMECOMINGS FINANCIAL NE     CURRENT MORTG       .00            .00            .00
OPTEUM FINANCIAL SERVICE     SECURED NOT I       .00            .00            .00
OYSTER BAY BEACH CLUB        SECURED NOT I       .00            .00            .00
US BANK                      CURRENT MORTG       .00            .00            .00
OPTEUM FINANCIAL SERVICE     UNSECURED       NOT FILED          .00            .00
OYSTER BAY BEACH CLUB        UNSECURED       NOT FILED          .00            .00
B-LINE LLC                   UNSECURED        11121.49          .00       11121.49
CITICORP RETAIL SERVICES     UNSECURED       NOT FILED          .00            .00
CITIBANK                     UNSECURED       NOT FILED          .00            .00
HOME DEPOT CREDIT SERVIC     UNSECURED       NOT FILED          .00            .00
JC PENNEY                    UNSECURED       NOT FILED          .00            .00
MARSHALL FIELDS              UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP        UNSECURED        11030.94          .00       11030.94
WORLD FINANCIAL NETWORK      UNSECURED           97.24          .00          97.24
OLD NAVY                     UNSECURED       NOT FILED          .00            .00
SAMS CLUB                    UNSECURED       NOT FILED          .00            .00
VALUE CITY STORE CREDIT      UNSECURED       NOT FILED          .00            .00
*WELLS FARGO FINANCIAL A     UNSECURED       NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE     SECURED           800.00         14.50         800.00
DAIMLER CHRYSLER FINANCI     NOTICE ONLY     NOT FILED          .00            .00
PIERCE & ASSOC               NOTICE ONLY     NOT FILED          .00            .00
*LEEDERS & ASSOCIATES LT     DEBTOR ATTY      1,794.00                    1,794.00
TOM VAUGHN                   TRUSTEE                                      4,296.44
DEBTOR REFUND                REFUND                                      10,259.86

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 39767 JANELL J HART
```

```
TRUSTEE                              74,569.85

PRIORITY                                                           .00
SECURED                                                      33,527.12
    INTEREST                                                  2,442.76
UNSECURED                                                    22,249.67
ADMINISTRATIVE                                                1,794.00
TRUSTEE COMPENSATION                                          4,296.44
DEBTOR REFUND                                                10,259.86
                                 ----------------    ----------------
TOTALS                               74,569.85               74,569.85
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 05/28/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE